# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**RECEIVED OCT 0 5 2001**

D.W. LaChance
9001 S. Cicero #6
Oak Lawn Il.
60453

Plaintiff(s)

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case No. **01C 7732**

v.

City of Chicago
Officer John Doe
Dept. of Police
1121 S. State St.
Chicago Il. 60605

Defendant(s)

JUDGE JOAN H. LEFKOW

MAGISTRATE JUDGE BOBRICK

**DOCKETED OCT 0 9 2001**

## COMPLAINT

Date of Injury (Incident) 10/11/99  Location: 4334 W. Lexington
Beat 1131  Arresting Officers T. Harris #4612 C. Fisher #1784
Complaint filed with O.P.S. 1130 S. Wabash Suite 400 Chic. IL 6060_
Reference C.R. # 257267

### Brief Description

During routine sting operation under cover officer John Doe excersized EXCESSIVE FORCE in the arrest of Mr. LaChance. Using a heavy iron gate, deliberately as a weapon, forced said gate open on with great force, in an attempt to stop Mr. LaChance, taking him down and fracturing left knee at point of impact. Mr. LaChance was subsequently transported to St. Anthony's Hospital for treatment in a squad car from Harrison/Kedzie Lock-up before he could ever be processed. Mr. LaChance was literally dragged there in handcuffs, unable to walk on broken leg and in great pain. Mr. LaChance is requesting compensation for his violation of his 4th Amendment rights, pain and suffering, 8 months lost work time and outstanding hospital bill.

_[signature]_ 10/4/01

(1)